UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| DEBBIE WALTERS and<br>MAX WALTERS<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE PEOPLE'S REPUBLIC<br>OF CHINA<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 93-5118-CV-SW-1<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the _14_ day of September, 2006, I mailed two copies of Plaintiffs' Motion to Revive, Suggestions in Support of Plaintiffs' Motion to Revive (with attached exhibits), Order, and Notice of Default Judgment together with two copies of translations of each into the official language of the foreign state, by registered mail, return receipt requested, to the U.S. Department of State, Office of Policy Review & Interagency Liaison, pursuant to the provisions of 28 U.S.C. 1608(a)(3). Also included with the documents sent to the U.S. Department of State is a check for $735.00, made to the U.S. Embassy Beijing (check number 9110).

BY _Patricia L. Brune_
　　　Clerk of the Court

1