IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| DEBBIE WALTERS and, <br> MAX WALTERS, <br><br> Plaintiffs, <br><br> v. <br><br> THE PEOPLE'S REPUBLIC OF CHINA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 93-5118-CV-SW-DW <br> ) <br> ) <br> ) <br> ) |

**ORDER**

On October 22, 1996, the Court entered judgment against Defendant and awarded damages in favor of Plaintiffs in the amount of $10,000,000 (Doc. 180). On May 11, 2006, Plaintiffs filed a motion for revival of judgment with the Court (Doc. 198) stating that the statutory period of ten years since entry of judgment has not expired and that the judgment has not been satisfied. On July 5, 2006, pursuant to Federal Rule of Civil Procedure 69 and Missouri Supreme Court Rule 74.09, the Court issued an order directing Defendant to show cause, on or before October 2, 2006, why such judgment should not be revived (Doc. 200). Plaintiff has served Defendant a copy of the Motion to Revive and the Order To Show Cause pursuant to the provisions of 28 U.S.C. § 1608(a)(3). (Docs. 201 & 202.) Defendant has failed to appear or otherwise respond to the Court's order to show cause. Accordingly, Plaintiffs' motion for revival of judgment is GRANTED and the judgment shall be renewed and extended and shall continue for ten (10) years from the date of this Order, unless the judgment shall be sooner satisfied.


Date: October 18, 2006            /s/ DEAN WHIPPLE
                                         Dean Whipple
                                  United States District Court